# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 249 MAL 2021
:
        Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
JASON BRANDON VINSON, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.